In the Matter of DAVID W. CORWIN, Petitioner, v. PAUL MERCIER, Respondent.—

Respondent may answer or otherwise move for particularization within 20 days after the service of the order to be entered hereon. Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.